IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN GOODMAN,**                                                          **PLAINTIFF**
**ADC #141664**
                         **CASE NO. 1:17-CV-59-BSM/BD**

**STATE OF ARKANSAS, et al.**                                                **DEFENDANTS**

## ORDER

Jonathon Goodman filed this lawsuit on behalf of himself, his mother, his sister, and his father. (Docket entry #2) Pursuant to Clerk's office policy, this matter was separated into four different lawsuits, *Goodman v. Arkansas, et al.*, E.D. Ark. Case No. 1:17cv59, *Love v. Arkansas, et al.*, E.D. Ark. Case No. 1:17cv60, *Goodman v. Arkansas, et al.*, E.D. Ark. Case No. 1:17cv61, and *Goodman v. Arkansas, et al.*, E.D. Ark. Case No. 1:17cv62. Because Mr. Goodman is the only party with standing to assert the claims raised in his complaint, the Clerk's office is directed to consolidate the cases, with this case designated as the lead case.

IT IS SO ORDERED, this 10th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE