IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN GOODMAN, ADC #141664, et al.**                                    **PLAINTIFFS**

CASE NO. 1:17-CV-59-BSM/BD
CASE NO. 1:17-CV-60-BSM/BD
CASE NO. 1:17-CV-61-BSM/BD
CASE NO. 1:17-CV-62-BSM/BD

**STATE OF ARKANSAS, et al.**                                               **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.  Discussion

Jonathan Goodman, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit on behalf of himself, his sister, his mother, and his father.[1]

---

[1] Pursuant to Clerk's office policy, this matter was originally separated into four different lawsuits, *Goodman v. Arkansas, et al.*, E.D. Ark. Case No. 1:17cv59, *Love v. Arkansas, et al.*, E.D. Ark. Case No. 1:17cv60, *Goodman v. Arkansas, et al.*, E.D. Ark.

(Docket entry #2) He sued the State of Arkansas, the United States of America, the Arkansas Department of Correction, Correction Medical Services, Corizon Medical Services, as well as thirty-six ADC employees. In the body of his complaint, Mr. Goodman stated that he sought to include "the many, various and different facts of the many incidents and time spend [sic] of incarceration in the Arkansas Department of Correction." (#2 at p.7) He also explained that his "complaint will expand claim contenously [sic]."

The Court notified Mr. Goodman that he could not include multiple, unrelated claims in one lawsuit and gave him an opportunity to amend his complaint to state the factually related claims he wished to pursue in this lawsuit. (#5) The Court ordered Mr. Goodman to file his amended complaint within thirty days of August 14, 2017. (#5) The Court specifically cautioned Mr. Goodman that his claims could be dismissed, without prejudice, if he failed to comply with the Court's order. As of this date, Mr. Goodman has not filed an amended complaint, as ordered.

The current complaint does not have facts to support even one constitutional claim, even for screening purposes.  Mr. Goodman complains generally about his prison conditions, but does not attribute unconstitutional conduct to a single Defendant. He

---

Case No. 1:17cv61, and *Goodman v. Arkansas, et al.*, E.D. Ark. Case No. 1:17cv62. Because Mr. Goodman was the only party with standing to assert the claims raised in his complaint, the Clerk's office was directed to consolidate the cases, with this case designated as the lead case. (#4)

begins his complaining of, "[t]he many, various and different facts of the many incidents and time spend [sic] of incarceration in the Arkansas Department of Correction. . . ." (#2, p. 7) To proceed in a civil rights case such as this, a plaintiff must explain how each Defendant violated a specific constitutional right.

Furthermore, Mr. Goodman's relatives have no standing to challenge Mr. Goodman's conditions of confinement. Their cases should all be dismissed, without prejudice. See Case No. 1:17-CV-60-BSM/BD; Case No. 1:17-CV-61-BSM/BD; and Case No. 1:17-CV-62-BSM/BD.

### III.  Conclusion

The Court recommends that Mr. Goodman's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 14, 2017 Order and his failure to prosecute this lawsuit.

The Court further recommends that the companion cases filed by Mr. Goodman's family members who are not incarcerated also be dismissed, without prejudice, for lack of standing.

DATED this 24th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE