# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JONATHAN GOODMAN                                        PLAINTIFF
ADC #141664

**CASE NO. 1:17-CV-00059 BSM**
**CASE NO. 1:17-CV-00060 BSM**
**CASE NO. 1:17-CV-00061 BSM**
v.                      **CASE NO. 1:17-CV-00062 BSM**

STATE OF ARKANSAS, et al.                               DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 6] submitted by United States Magistrate

Judge Beth Deere has been received in the lead case (Case No. 1:17-CV-00059 BSM) of

several consolidated cases (Case Nos. 1:17-CV-00060 BSM; 1:17-CV-00061 BSM; 1:17-

CV-00062 BSM). Plaintiff Jonathan Goodman has not submitted objections. After a careful

review of the record, the recommended disposition is adopted in its entirety. Accordingly,

Goodman's claims are dismissed without prejudice for failure to prosecute. Furthermore,

Goodman's relatives have no standing to challenge his prison conditions, and their cases are

dismissed.

IT IS SO ORDERED this 3rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE