# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JONATHAN GOODMAN**  **PLAINTIFF**
**ADC #141664**

**v.**  **CASE NO. 1:17-CV-00059 BSM**
**CASE NO. 1:17-CV-00060 BSM**
**CASE NO. 1:17-CV-00061 BSM**
**CASE NO. 1:17-CV-00062 BSM**

**STATE OF ARKANSAS, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE